# EXHIBIT "A"



**Deily & Glastetter, LLP**
Attorneys at Law

**Leigh A. Hoffman, Partner**
*Admitted in NY*
8 Thurlow Terrace, Albany, New York  12203
P: (518) 436-0344 | F: (518) 436-8273
lhoffman@deilylawfirm.com

June 30, 2017

VIA Email: dmskater@frontier.com

Mr. Peter C. Hledin
Douglas Marine Corporation
6780 Enterprise Dr.
PO Box 819
Douglas, MI 49406

RE:   Kenneth Salamone
       RUFstr Racing, LLC
       2017 Skater 388 Race Boat

Dear Mr. Hledin,

By way of introduction I serve as general counsel to Mr. Salamone. I am pleased to hear that there is a plan in place to address the substantial delay in the delivery of the boat and the needs of Mr. Salamone. As you have discussed with Mr. Salamone, the boat was expected for prompt delivery but remains incomplete even today. Your letter of June 27, 2017 indicates you will put the boat up for sale and we are pleased to see it on the websites. We believe sale to a third party will likely resolve all issues between the parties. We appreciate your professional approach to the resolution of this matter.

However, your letter also indicates that "we will have to seriously consider the first offer that covers the balance due". As you are certainly aware the balance due on the boat is $222,059.00 but the purchase price of this boat is $723,559.00. We certainly expect that you will conduct any sale of this boat in a commercially reasonable manner designed to generate a sale for the value of the boat and not the balance you are owed. A cursory review of your website indicates that the resale value of this NEW boat surely must reflect the amount you charged your customer, Mr. Salamone. Your letter further indicates that the unique paint may make the sale difficult, please understand Mr. Salamone is willing to absorb costs associated with re-painting the boat should a purchaser desire another color scheme, therefore no discount should be allotted for paint color.

www.deilylawfirm.com

Mr. Salamone has always believed in the Skater product and Douglas Marine. He remains hopeful that you can do business in the future under better circumstances. If you need anything further from Mr. Salamone please do not hesitate to reach out. Thank you again for your courtesies in avoiding any further action.

Respectfully,

DEILY & GLASTETTER, LLP

Leigh A. Hoffman

cc: Kenneth Salamone
Anthony Cutsuries, Sales Consultant (skaterpowerboats@gmail.com)