## EXHIBIT "B"



Gary P. Schenk
Frederick J. Boncher
Curtis D. Rypma
Brent W. Boncher
Tyler E. Osburn
OF COUNSEL
Susan J. Knoll

# Schenk Boncher & Rypma

ATTORNEYS & COUNSELORS

November 8, 2017

**Via Certified Return Receipt Requested
and First Class Mail**

Ken Salamone
Rufster Racing, LLC
47 Carriglea Dr.
Riverside, CT 06878

    Re: **Skater Power Boats
       Skater 388 Race Basic Boat-Custom Flat Deck
       Hull No. DUX17949H717-3846**

**THIS FIRM IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT
A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THIS
PURPOSE.**

Dear Mr. Salamone:

   This firm represents Douglas Marine Corporation of Douglas, MI, who is the manufacturer of the Skater Power Boat described in our reference paragraph above. On or about December 30, 2015, you entered into a Contract of Sale and Purchase for the purchase of the above-described Skater power boat for a purchase price of $568,009.00. The contract included several accessories, in addition to the basic boat, and a hydraulic tilt trailer (VIN 1D9S84936H1243028). Your order included a 35% deal discount on the basic boat, leaving a balance of $542,117.00. In addition to the basic boat and trailer, you ordered another series of extras, including two Mercury engines, an additional tunnel escape hatch, modification of hatch scoops to accommodate the Mercury engines, two stand-off boxes and mounting the engine/rails, motor mounts, transoms and drive and a cockpit air condition kit, for a total price after discount and including extras, of $723,559.00.

   Thereafter, on December 31, 2015, you made a deposit of $300,000.00 on your purchase. On December 30, 2016, an additional deposit of $61,500.00 was credited to your account. And finally, on March 2, 2017, a deposit of $140,000.00 was credited to your account, leaving a balance due before any carrying costs, FOB Douglas, MI, of $222,059.00.

Ken Salamone
November 8, 2017
Page 2

---

The purposes of this letter are two-fold. First, to once again tender delivery of the Skater power boat purchased by you, FOB Douglas, MI, upon payment of all storage and finance charges and your remaining balance, which as of November 1, 2017, are in the amount of $261,620.00. Delivery may be arranged by contacting the company's offices between the hours of 7:00 a.m. - 5:30 p.m., Monday - Thursday, at (269) 857-4308 (or in person at 6780 Enterprise Drive, Douglas, MI).

Since you have previously indicated that you do not intend to complete the purchase of Skater power boat, this tender of delivery will remain open for 21 business days following the date of this letter. The failure to respond or otherwise indicate your acceptance of the tender during the specified time period will be treated by the Seller as an additional rejection of the contract by you.

In the event that you fail to complete the purchase and arrange delivery during the specified period, your actions will be treated as and will constitute an additional default. The Seller will avail itself of the remedies provided in Article 2 of the Uniform Commercial Code and specifically, Sec. 2703(d), resell the boat and recover damages as provided in Sec. 2706 of the Code. In such case, the Code provides that the Seller may recover the difference between the resale price and contract price, together with any incidental damages allowed under the provisions of Sec. 2710, less any expenses saved in consequences of your breach. Damages include not only the difference between the resale price and the contract price, but also any commercially reasonable charges or expenses incurred in the transportation, care and custody of the boat, after your breach, in connection with the return or resale of the boat (including the cost of such resale) and any other damages resulting from the breach.

You are notified further that the Seller intends to utilize as much of your prior deposits as may be necessary to be made whole.

Finally, you are notified that in the event of a resale by the Buyer, the Buyer intends to do the same at a public sale via an auction. You will receive reasonable notice of the time and place of the auction and all relevant practices associated with the public auction of such boats will be maintained.

In the event that you have no intention of completing the sale, we would appreciate your confirmation of that fact prior to the expiration of the period provided for herein.

Very truly yours,

SCHENK, BONCHER & RYPMA

Gary P. Schenk
Attorneys for Douglas Marine Corporation

GPS/ls
Enclosure (current statement of charges)
cc:   Anthony Cutsuries, Douglas Marine Corporation
S:\LS300\GPS\Skater Powerboats\SALAMONE, KEN LTR.wpd
1-2325



**DOUGLAS MARINE CORPORATION**  6780 ENTERPRISE DRIVE
P.O. BOX 819, DOUGLAS, MI 49406 (269) 857-4308
FAX: (269)-857-1606

| | |
|---|---|
| SOLD TO: RUFSTR RACING, LLC<br>C/O KEN SALAMONE<br>47 CARRIGLEA DRIVE<br>RIVERSIDE CT 06878 | INVOICE # 8427<br>INVOICE DATE 6/12/2017<br>ORDER DATE<br>TERMS- F.O.B. |

| QUANTITY | DESCRIPTION | EACH | TOTAL |
|---|---|---|---|
| 1 | SKATER 388 RACE BASIC BOAT WITH CUSTOM FLAT DECK<br>HULL ID: DUX17949H717   -3846 | 568,009.00 | $568,009.00 |
| 1 | FULL RACE CANOPY SYSTEM (4-MAN DOUBLE WIDE) | 56,750.00 | $56,750.00 |
| 1 | WIDEN HULL | 19,250.00 | $19,250.00 |
| 1 | TUNNEL ESCAPE HATCH | 20,680.00 | $20,680.00 |
| 1 | COCKPIT COVER | 2,937.00 | $2,937.00 |
| 1 | DMC HYDRAULIC TILT TRAILER<br>VIN NO: 1D9S84936H1243028 | 166,400.00 | $166,400.00 |
| | SUBTOTAL | | $834,026.00 |
| | LESS 35% DISCOUNT | | ($291,909.00) |
| | SUBTOTAL | | $542,117.00 |
| 2 | MERCURY 700 SCI'S W/ MERCURY #6 DRIVES<br>ENGINE S/N: OM975719 & OM975720<br>DRIVE S/N: OM976111 & OM976112<br>TA S/N: OM975588 & OM875586 | 70,000.00 | $140,000.00 |
| 1 | ADDITIONAL TUNNEL ESCAPE HATCH | 13,442.00 | $13,442.00 |
| 1 | MODIFY HATCH SCOOPS TO ACCOMMODATE MERC 700'S | 4,000.00 | $4,000.00 |
| 2 | STAND OFF BOXES | 5,000.00 | $10,000.00 |
| 1 | MOUNT ENGINES/RAILS, MOTOR MOUNTS, TRANSOMS & DRIVES | 4,500.00 | $4,500.00 |
| | TOTAL- F.O.B. DOUGLAS, MICHIGAN | | $714,059.00 |
| | LESS DEPOSIT (12/31/15) | | ($300,000.00) |
| | LESS PROGRESS PAYMENT (12/30/16) | | ($61,500.00) |
| | LESS PROGRESS PAYMENT (03/02/17) | | ($140,000.00) |
| | BALANCE DUE | | $212,559.00 |

\* All past due accounts will be charged 1½% per month (18% Annual)

WHITE COPY- ORIGINAL

ACCEPTED BY _____
Purchaser



**DOUGLAS MARINE CORPORATION**  6780 ENTERPRISE DRIVE
P.O. BOX 819, DOUGLAS, MI 49406 (269) 857-4308
FAX: (269)-857-1606

SOLD TO: RUFSTR RACING, LLC
C/O KEN SALAMONE
47 CARRIGLEA DRIVE
RIVERSIDE CT 06878

INVOICE # 8465
INVOICE DATE 9/1/2017
ORDER DATE
TERMS- F.O.B.

| QUANTITY | DESCRIPTION | EACH | TOTAL |
|---|---|---|---|
| 1 | MONTHLY STORAGE FEE, AUGUST 2017 | | $280.00 |

* All past due accounts will be charged 1½% per month (18% Annual)

WHITE COPY- ORIGINAL

ACCEPTED BY _____
Purchaser



**DOUGLAS MARINE CORPORATION**  6780 ENTERPRISE DRIVE
P.O. BOX 819, DOUGLAS, MI 49406 (269) 857-4308
FAX: (269)-857-1606

SOLD TO:  RUFSTR RACING, LLC
C/O KEN SALAMONE
47 CARRIGLEA DRIVE
RIVERSIDE CT  06878

INVOICE #  8470
INVOICE DATE  10/1/2017
ORDER DATE
TERMS- F.O.B.

| QUANTITY | DESCRIPTION | EACH | TOTAL |
|---|---|---|---|
| 1 | MONTHLY STORAGE FEE, SEPT 2017 | | $280.00 |

* All past due accounts will be charged 1½% per month (18% Annual)

WHITE COPY- ORIGINAL

ACCEPTED BY _____
Purchaser



**DOUGLAS MARINE CORPORATION**  6780 ENTERPRISE DRIVE
P.O. BOX 819, DOUGLAS, MI 49406 (269) 857-4308
FAX: (269)-857-1606

SOLD TO: RUFSTR RACING, LLC
C/O KEN SALAMONE
47 CARRIGLEA DRIVE
RIVERSIDE CT 06878

INVOICE #            8472
INVOICE DATE   10/26/2017
ORDER DATE
TERMS- F.O.B.

| QUANTITY | DESCRIPTION | EACH | TOTAL |
|---|---|---|---|
| 1 | CUSTOM GRAPHICS | 38,500.00 | $38,500.00 |
|  | TOTAL DUE |  | $38,500.00 |

* All past due accounts will be charged 1½% per month (18% Annual)

WHITE COPY- ORIGINAL

ACCEPTED BY _____
Purchaser



**DOUGLAS MARINE CORPORATION**  6780 ENTERPRISE DRIVE
P.O. BOX 819, DOUGLAS, MI 49406 (269) 857-4308
FAX: (269)-857-1606

| | |
|---|---|
| SOLD TO: RUFSTR RACING, LLC<br>C/O KEN SALAMONE<br>47 CARRIGLEA DRIVE<br>RIVERSIDE CT 06878 | INVOICE #     8475<br>INVOICE DATE     11/1/2017<br>ORDER DATE<br>TERMS- F.O.B. |

| QUANTITY | DESCRIPTION | EACH | TOTAL |
|---|---|---|---|
| 1 | MONTHLY STORAGE FEE, OCT 2017 | | $280.00 |