UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**KENNETH E. SALMONE;**
**and RUFSTR RACING, LLC,**
      Plaintiffs,

    vs.                       **CASE NUMBER: 1:19-cv-1213 MAD/DJS**

**DOUGLAS MARINE CORPORATION,**
      Defendant.

_____

**Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that the defendant's Motion for Judgment as a matter of law to dismiss claims for violations of NY general business law, claims for promissory estoppel and unjust enrichment, and claims for breach of covenant of good faith and fair dealings, was **GRANTED** by the Court on April 21, 2021.

**IT IS FURTHER ORDERED and ADJUDGED** that the defendant's Motion for Judgment as a matter of law to dismiss claims as to conversion and fraud was **GRANTED** by the Court on April 22, 2021.

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED and ADJUDGED** that in the above entitled action, after the completion of the Jury Trial before the Honorable Mae A. D'Agostino on April 22, 2021, the Jury finds in favor of the Plaintiffs, Kenneth E. Salamone and RUFSTR Racing, LLC, and against Defendant Douglas Marine Corporation. The Jury awards the Plaintiff compensatory damages in the amount of $131,171.00, all in accordance with the Jury Verdict rendered on April 22, 2021.

DATED: April 22, 2021

                                            Clerk of Court

                                            S/Britney Norton
                                            Britney Norton
                                            Deputy Clerk