UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

**KENNETH E. SALAMONE;**
**and RUFSTR RACING, LLC,**
         Plaintiffs,

vs.                                             1:19-CV-1213 (MAD/DJS)

**DOUGLAS MARINE CORPORATION,**
         Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' motion to alter or amend judgment (Dkt. No. 72) is **GRANTED**; and the Court further **ORDERS** that Plaintiffs' motion for a bill of costs (Dkt. No. 74) is **GRANTED-in-part** for a total of $3,970.60; and the Court further **ORDERS** that Plaintiffs' motion to strike (Dkt. No. 86) is **GRANTED-in-part and DENIED-in-part**; and the Court further **ORDERS** that the Clerk of the Court shall enter an amended judgment in the amount of $451,500 with post judgment interest consistent with Federal Rule of Civil Procedure 54(d)(1), all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 23rd day of August, 2021.

DATED: August 23, 2021

*[Signature]*
Clerk of Court

s/Britney Norton
Deputy Clerk